**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 15, 2026

**By ECF**
The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl St., Courtroom 15C
New York, New York 10007

REQUEST GRANTED as to both defendants.
The Status Conference previously set for September 24, 2026 is rescheduled to October 6, 2026 at 12:00PM in Courtroom 15C at the 500 Pearl Street Courthouse. The Court, on consent of both defendants, excludes time between September 15, 2026 and October 6, 2026 pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), upon a finding that the interest of justice outweighs the interest of the public and the defendants in a speedy trial, in that the time will allow the defendants to continue to review discovery and to allow the parties to discuss potential resolutions.

9/15/2026

SO ORDERED.
LEWIS J. LIMAN
United States District Judge

**Re: *United States v. Alejandro Mendivil & Mario Torres*, 26 Cr. 321 (LJL)**

Dear Judge Liman:

The Government submits this letter, with the consent of the defendants, to respectfully request that the Court adjourn the conference currently scheduled for September 24, 2026 to a date the week of October 5 or thereafter. The Government understands that counsel for one defendant has an evidentiary hearing scheduled for September 24 and is not available. This is the parties' first adjournment request.

The Government further requests exclusion of time until the new conference date, with the consent of the defendants, pursuant to the Speedy Trial Act in the interests of justice, including to allow the defendants to continue to review discovery and to allow the parties to discuss potential resolutions. 18 U.S.C. §§ 3161(h)(7)(A).

Respectfully submitted,

JAMES M. McDONALD
United States Attorney

by: ______________________
Kevin Grossinger
Assistant United States Attorney
Southern District of New York
kevin.grossinger@usdoj.gov
(212) 637-2426