**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 6, 2026

**By ECF**
The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl St., Courtroom 15C
New York, New York 10007

10/13/2026 SO ORDERED.

LEWIS J. LIMAN
United States District Judge

**Re: *United States v. Alejandro Mendivil & Mario Torres*, 26 Cr. 321 (LJL)**

Dear Judge Liman:

During the conference today the Government stated to the Court that it did not expect to introduce expert testimony at trial. That was incorrect. The Government expects to call, for example, one or more experts to testify about the process by which the fentanyl and methamphetamine seized in this case were analyzed and the results of those analyses. Accordingly, the Government respectfully requests that the Court set a schedule for the parties to file expert disclosures.

Because trial currently is scheduled for April 19, 2027, the Government respectfully submits, consistent with Local Criminal Rule 16.2, that the Government be directed to file any expert disclosures by February 18, 2027 (60 days in advance of trial), and that the defendants be directed to file any expert disclosures by March 20, 2027 (30 days in advance of trial).

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

by: ______________________
Kevin Grossinger
Assistant United States Attorney
Southern District of New York
kevin.grossinger@usdoj.gov
(212) 637-2426